**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PARK YIELD LLC,

                Plaintiff,

-against-

ERIC BROWN; BESC REALTY COMPANY LLC; STERLING MANAGEMENT, LLC; 4 SQUARE MANAGEMENT, LLC; PARK PRO SYSTEMS, LLC; and JOHN DOES 1 AND 2,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19

18 **CIVIL** 1947 (GBD)(SN)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated December 6, 2019, Defendants' motion to dismiss is GRANTED. Plaintiff's cross-motion for partial summary judgment is DENIED.

**Dated:** New York, New York
         December 9, 2019

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

           **BY:**

                                            **Deputy Clerk**